9:15-CV-0793
(MAD/TWD)

KEVIN GREEN

v.

Superintendent
Marcy Correctional Facility

United State District
Court Northern District
of New York

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
SEP 02 2015
LAWRENCE K. BAERMAN, CLERK
ALBANY

This a Amendment to my Complaint including Marcy Corrections. I am Seeking Relief Because the facility was well Aware of my visual impairment (Chance, 145 F. 3D @ 702) They all Ready Knew. My Illness is Duly Noted in my Records. Plus me Telling Medical Staff on Numberous Visits to sick call. When I finally did get To The Opthamalogist. The paperwork For further Treatment was Just Anorge or Forgot about. I just happen to Return to sick call (7-9-15 Then and only then was it faxed to Albany) Meaning had I Not inquire it would still be sitting on Someone Desk. This is Neglect and a violation on my Rights. Now my Sight is worse gulcoma is a progressive Illness. What eye drop could have Taken Care of. Now I must get Surgery That I am Not at All Comforable with. You See This Same facility Did Surgery in 2012 The wrong way.

NPR

April 21 ID officer Noted Eye impairment. E medical was Told of this on Numberous sick call visits.

{Dr. Doe said Nothing could be Done until I see Eye Dr. {Optomist gives glasses} Opthtamologist Treats Eye diease.

It is Duly Noted that there Are people who Don't wear glasses suffering from gulcoma. Making me go theough All these stages while my {Eye sight is Rapidly Deteararating} Opthtamologist from MohwAK

Defendant:
Opthtamalogist At Mohawk
Marcy Medical staff + my Primary Care Dr
Opthtamalogist Harrison Eye Clinic
ID officer

KEVIN GREEN
15A1378
8/27/15

KEVIN GREEN

v.

Superintendent Marcy Correctional Facility

KEVIN GREEN
15A1378

U.S. DISTRICT COURT N.D. OF N.Y.
FILED
SEP 10 2015
AT____O'CLOCK____
Lawrence K. Baerman, Clerk - Syracuse

I am rewriting the Amended Complaint I send first amended to James Foley building which I believe is wrong. So I am sending this to the proper address. I was given the wrong address.

9:15 CV-0793
(MAD/TWD)

This amended to my complaint including Marcy Correctional Facility I am seeking Relief because the facility was well aware of my visual impairment + need for treatment as it was duly noted in my records (Chance, 143 F 3D 702) They knew of my illness plus my constant complaints yet I was sent through a UNNEEDED process while my eyes got even worse. While going to numerous sick call visits then waiting for Dr plus optemist then Opthlamalogist when I need to see Optamnlogist ASAP. Then after getting appt. paperwork for futher treatment was just not faxed to Albany for approval. Had I not inquired it might still be sitting on someone desk. This is neglect

OVER

This process was not verified to Ophtamalogist ASAP + still. Due my eye sight is rapidly deteriorating. Without treatment I will go blind.

I would like for it to be duly noted that gulcoma is a eye deiase that is progressive anytime loss is crucial to my vision

Kevin Green
15A1378

9:15 CV-0793
(MAD/ TWD)